Generated: May 18, 2023 2:38PM                                                                                           Page 1/1

# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: May 18, 2023 2:38PM

FAGGIOLO

| Rcpt. No: 20009576 | | Trans. Date: May 18, 2023 2:38PM | | | Cashier ID: #RF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: FAGGIOLO V COUNTY OF DELAWARE, ET AL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.