**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire, ID # 88407
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
267-486-9011 Fax 267-486-9002
*Counsel for Defendants, County of Delaware, Delaware County Tax Claim Bureau, John van Zelst, and Karen Duffy*

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALPHONSO NICHOLAS FAGGIOLO
      Plaintiff,

           v.              Case No. 2:23-cv-01904

COUNTY OF DELAWARE, ET AL.

### NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendant County of Delaware, Delaware County Tax Claim Bureau, John van Zelst and Karen Duffy in this matter and note my address on which all papers should be served.

Date: <u>May 24, 2023</u>                          **HARDIN THOMPSON, PC**

                                                 <u>*/s/ Michael F. Schleigh*</u>
                                                   Michael F. Schleigh, Esquire
                                                   *Counsel for Defendants County of Delaware*

**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire, ID # 88407
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
267-486-9011 Fax 267-486-9002
*Counsel for Defendants, County of Delaware, Delaware County Tax Claim Bureau, John van Zelst, and Karen Duffy*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HECTOR FIGUEROA
ALPHONSO NICHOLAS FAGGIOLO
    Plaintiff,

v.        Case No. 2:23-cv-01904

COUNTY OF DELAWARE, ET AL.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon the following by US Mail pre-paid to:

Alphonoso Nicholas Faggiolo
713 Lamp Post Lane
Aston, PA 19014

Susan Brochet, Tax Collector
Borough of Ridley Park
105 E Ward St.
Ridley Park, PA 19078-3010

Date: <u>May 24 2023</u>        **HARDIN THOMPSON, PC**

        <u>/s/ Michael F. Schleigh</u>
        Michael F. Schleigh, Esquire
        *Counsel for Defendants County of Delaware*