IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALPHONSO NICHOLAS FAGGIOLO,

          Plaintiff,

v.

COUNTY OF DELAWARE et al.,

          Defendants.

CIVIL ACTION
NO. 23-1904

## ORDER

**AND NOW**, this 14th day of September 2023, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 7), Plaintiff's Response (Doc. No. 8), Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 10), Plaintiff's Notice and Motion for Rule 56(a)(c) Judgment (Doc. No. 12), Defendants' Response (Doc. Nos. 13, 14) and Plaintiff's Motion for Oral Argument (Doc. No. 15), it is **ORDERED** that a hearing will be held on the motions on **October 4, 2023 at 3:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

          BY THE COURT:

          /s/ Joel H. Slomsky
          JOEL H. SLOMSKY, J.