# HARDIN THOMPSON

**Michael F. Schleigh, Esquire**
Bar Admissions: PA, NJ, and NY
Direct 267-459-8366/Fax: 267-486-9002
Email: mschleigh@hardinlawpc.net

Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
www.hardinlawpc.net

September 18, 2023

Via E-filing
The Honorable Joel H. Slomsky, U.S.D.J.
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: **Faggiolo v. County of Delaware, et al., E.D.Pa. 2:23-cv-01904**
My Files 4.21 and 27.5

Dear Senior Judge Slomsky:

As you are aware the undersigned represents all of the defendants in the above referenced matter. We are in receipt of your Honor's Order scheduling argument on the various pending motions for October 4, 2023 at 3:00 p.m. I wish to inform the Court that I already have a mediation in a New Jersey state court matter at that time that involves multiple parties before the Honorable Marc M. Baldwin J.S.C. ( Ret.) and would be very hard to reschedule or get someone to cover for me.

I reached out to the pro se Plaintiff in this matter to suggest that the hearing simply be moved to the morning if that was possible, but he advised that he has family obligations that would cause that to be problematic for him. Plaintiff has further advised that he would prefer that the hearing not be delayed further if possible. See that he has family obligations in this morning, I would like to propose that the hearing be moved either to the afternoon of either Monday, October 2 of Tuesday, October 3 if this can be accommodated.

Thank you for your courtesies in this regard. I am available if your scheduling clerk needs to further discuss the calendaring of the argument.

Very truly yours,

*/s/ Michael F. Schleigh*
Michael F. Schleigh, Esquire

MFS/arm
Cc: Alphonso Nicholas Faggiolo, via efiling  alfadogmusic@gmail.com