IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO NICHOLAS FAGGIOLO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF DELAWARE et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 23-1904 |

## ORDER

**AND NOW**, this 25th day of September 2023, upon consideration of counsel for Defendants' Letter requesting rescheduling of the October 4, 2023 Motions Hearing (Doc. No. 17), it is **ORDERED** that the October 4, 2023 Motions hearing is rescheduled to **October 31, 2023 at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.