IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALPHONSO NICHOLAS FAGGIOLO,

              Plaintiff,

    v.

COUNTY OF DELAWARE et al.,

              Defendants.

CIVIL ACTION
NO. 23-1904

## ORDER

**AND NOW**, this 31st day of October 2023, in accordance with the statements of the Court made on the record at the October 31, 2023 hearing with Plaintiff and counsel for Defendants, it is **ORDERED** that the parties submit supplemental memorandum by November 30, 2023 as requested by the Court.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.