IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO NICHOLAS FAGGIOLO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF DELAWARE et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-1904 |

## ORDER

**AND NOW**, this 31st day of October 2023, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 12), Defendants County of Delaware, Delaware County Tax Claim Bureau, Karen Duffy and John Van Zelst's Response in Opposition (Doc. No. 14), Defendant Susan Brochet's Response in Opposition (Doc. No. 13), and in accordance with the statements of the Court made on the record at the October 31, 2023 hearing with Plaintiff and counsel for Defendants, it is **ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED** as premature.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　  /s/ Joel H. Slomsky  
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.