# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Jul 17, 2024 12:01PM

Alphonso Faggiolo

Rcpt. No: 20021968                Trans. Date: Jul 17, 2024 12:01PM                Cashier ID: #ST

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $605.00  |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Alphonso Faggiolo, Appeal 23-cv-1904

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.